IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRACY HARRIS, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>MIDLAND CREDIT MANAGEMENT, )<br>INC., CAPITAL MANAGEMENT )<br>SERVICES, LP, LVNV FUNDING, )<br>ASSOCIATED CREDIT SERVICES, INC. )<br>)<br>Defendants. )<br>) | Civil Action File No.<br>1:24-cv-05355-MLB-JKL |

## NOTICE OF CLARIFICATION REGARDING PLAINTIFF'S CITATION OF REYES v. BANK OF AMERICA

Plaintiff respectfully submits this Notice in response to the Court's June 24, 2025, Order requesting a copy of *Reyes v. Bank of Am., N.A.*, 2014 WL 733684 (S.D. Fla. Feb. 24, 2014).

After further investigation, Plaintiff is unable to locate the referenced case or verify the citation. Plaintiff believes this citation may have been inadvertently included and/or cited in error. Plaintiff therefore withdraws reliance on that specific citation. However, the legal principle for which *Reyes* was cited remains valid. Specifically, Plaintiff maintains that:

- "Any claim by Defendant that it did not know the nature of the debt is irrelevant; the FDCPA focuses on the objective purpose of the debt —

- 1 -

whether it was incurred for personal, family, or household use — not the collector's subjective understanding."

This principle is supported by the following case law:

- *Mahan v. Retrieval-Masters Credit Bureau, Inc.*, 777 F. Supp. 2d 1293, 1299 (S.D. Ala. 2011) (The nature of the obligation is viewed objectively; the FDCPA applies if the obligation was incurred primarily for personal, family, or household purposes…)

Accordingly, Plaintiff respectfully substitutes the above authority in place of the withdrawn *Reyes* citation.

## **Font Certification**

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that this notice has been prepared using Times New Roman 14-point font.

Respectfully submitted this 26th day of June 2025.

Respectfully submitted:

By: /s/ Naja I. Hawk
**NAJA I. HAWK**
Pleadings@thehawklegal.com
Georgia Bar No. 916396

**THE HAWK LEGAL COLLECTIVE**
730 Peachtree Street NE, #570
Atlanta, GA 30308
Phone: (404) 439-9310
*Counsel for Plaintiff*