# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TRACY HARRIS,<br><br>                    Plaintiff,<br>v.<br><br>CAPITAL MANAGEMENT SERVICES, LP,<br><br>                    Defendant. | Case No.: 1:24-cv-05355-MLB-JKL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tracy Harris and Defendant Capital Management Services, LP., by its counsel, and through their respective signatures below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case with prejudice, with both sides to bear their own fees and costs.

Dated: July 7, 2025

| | |
|---|---|
| */s/Naja I. Hawk*<br>NAJA I. HAWK<br>***Counsel for the Plaintiff***<br>THE HAWK LEGAL COLLECTIVE<br>730 Peachtree Street NE, 570<br>Atlanta, GA 30308<br>(404) 439-9310<br>Pleadings@thehawklegal.com | /s/ Jonathan K. Aust<br>Jonathan K. Aust<br>Georgia Bar No. 448584<br><br>Bedard Law Group, P.C.<br>4855 River Green Parkway<br>Suite 310<br>Duluth, Georgia 30096<br>Telephone: (678) 253-1871<br>jaust@bedardlawgroup.com<br>*Counsel for Defendant Capital Management Services, LP.* |

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

By: /s/ Naja I. Hawk
 **NAJA I. HAWK**
Pleadings@thehawklegal.com
GA Bar Number: 916396

The Hawk Legal Collective
730 Peachtree Street NE, #570
Atlanta, GA 30308

Phone: (404) 439-9310

***Counsel for Plaintiff***